JACKSON LEWIS P.C.
DALE R. KUYKENDALL (SBN 148833)
NATHAN W. AUSTIN (SBN 219672)
801 K Street, Suite 2300
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141
Email: kuykendd@jacksonlewis.com
austinn@jacksonlewis.com

Attorneys for Defendant
HOMETEAM PEST DEFENSE, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DOMENIGONI,<br><br>Plaintiff,<br><br>v.<br><br>HOMETEAM PEST DEFENSE, INC., and DOES 1 through 5, inclusive<br><br>Defendants. | Case No. _____<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT HOMETEAM PEST DEFENSE, INC.**<br><br>Complaint Filed: 12.16.13<br>Trial Date: None Set |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant HOMETEAM PEST DEFENSE, INC. hereby discloses the following information:

HOMETEAM PEST DEFENSE, INC. is a wholly owned subsidiary of Rollins, Inc., a Delaware Corporation, which is a publicly held company.

Dated: February 14, 2014     JACKSON LEWIS P.C.

By: */s/ Dale R. Kuykendall*
    DALE R. KUYKENDALL
    NATHAN W. AUSTIN

Attorneys for Defendant
HOMETEAM PEST DEFENSE, INC.

1

Corporate Disclosure Statement of Defendant        *Domenigoni v. Hometeam Pest Defense, Inc.*
HomeTeam Pest Defense, Inc.                                     Case No. _____

# PROOF OF SERVICE

I am employed in the County of Sacramento, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Jackson Lewis P.C., 801 K Street, Suite 2300, Sacramento, California 95814.

On February 14, 2014, I served the within:

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT HOMETEAM PEST DEFENSE, INC.**

on all interested parties in said action, through their attorneys of record as listed below, by placing a true and correct copy thereof, addressed as shown below, by the following means:

☐ **PERSONAL SERVICE** - by personally delivering a true and correct copy thereof to the person at the address set forth below, in accordance with Code of Civil Procedure section 1011(a).

☒ **MAIL -** by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid for deposit in the United States Post Office mail box, at my business address shown above, following Jackson Lewis P.C.'s ordinary business practices for the collection and processing of mail, of which I am readily familiar, and addressed as set forth below. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

☐ **OVERNIGHT DELIVERY -** by depositing a true and correct copy thereof enclosed in a sealed envelope with delivery fees thereon fully prepaid in a box or other facility regularly maintained by Norco Delivery Services or delivering to an authorized courier or driver authorized by Norco Delivery Services to receive documents, addressed as set forth below.

☐ **FACSIMILE TRANSMISSION -** by transmitting a true and correct copy by facsimile from facsimile number (916) 341-0141 to the person(s) at the facsimile number(s) set forth below, which transmission was confirmed as complete. A copy of the transmission record is attached hereto.

☐ **ELECTRONIC MAIL** - by forwarding a true and correct copy thereof by e-mail from e-mail address _____ to the person(s) at the e-mail address(es) set forth below.

| | |
|---|---|
| Robert P. Henk, Esq.<br>Sheri L. Leonard, Esq.<br>HENK LEONARD<br>2260 Douglas Boulevard, Suite 200<br>Roseville, CA 95661 | **ATTORNEYS FOR PLAINTIFF**<br>**ANTHONY DOMENIGONI**<br>Telephone: (916) 787-4544<br>Facsimile: (916) 787-4530<br>Email: henkleonard@aol.com |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on February 14, 2014, at Sacramento, California.

*/s/ Tami J. Martinelli*
Tami J. Martinelli