Robert P. Henk, Esq.
Sheri L. Leonard, Esq.
HENK LEONARD
2260 Douglas Boulevard, Suite 200
Roseville, CA  95661
Telephone:     (916) 787-4544
Facsimile:      (916) 787-4530
Email: henkleonard@aol.com

Attorneys for Plaintiff
ANTHONY DOMENIGONI

JACKSON LEWIS P.C.
DALE R. KUYKENDALL (SBN 148833)
NATHAN W. AUSTIN (SBN 219672)
801 K Street, Suite 2300
Sacramento, California 95814
Telephone:  (916) 341-0404
Facsimile:   (916) 341-0141
Email: kuykendd@jacksonlewis.com
         austinn@jacksonlewis.com

Attorneys for Defendant
HOMETEAM PEST DEFENSE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ANTHONY DOMENIGONI,<br><br>Plaintiff,<br><br>v.<br><br>HOMETEAM PEST DEFENSE, INC., and DOES 1 through 5, inclusive<br><br>Defendants. | Case No. 2:14-cv-00482-JAM-AC<br><br>STIPULATION AND ORDER FOR REQUEST FOR DISMISSAL |

IT IS HEREBY STIPULATED by and between the Plaintiff and Defendant, through their designated counsel of record, that this case be dismissed in its entirety, with prejudice, pursuant to FRCP 41(a)(2), each party to bear their own fees and costs.

IT IS SO STIPULATED:

1   Dated:  July 8, 2014                              HENK LEONARD
                                                      A Professional Law Corporation
2

3
                                                By:   */s/ Sheri L. Leonard*
4                                                     SHERI L. LEONARD
                                                      Attorneys for Plaintiff
5                                                     ANTHONY DOMENIGONI

6

7

8   Dated:  July 9, 2014                              JACKSON LEWIS P.C.

9

10
                                                By:  */s/Dale R. Kuykendall* (as auth. on 7/9/14)
11                                                    DALE R. KUYKENDALL
                                                      Attorneys for Defendant
12                                                    HOMETEAM PEST DEFENSE, INC.

13  IT IS SO ORDERED.

14

15  Date:  July 11, 2014                              /s/ JOHN A. MENDEZ
                                                      JUDGE OF THE UNITED STATES
16                                                    DISTRICT COURT EASTERN DISTRICT
                                                      OF CALIFORNIA
17

18

19

20

21

22

23

24

25

26

27

28
                                                2
Stipulation and [Proposed] Order for Request for Dismissal